UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

ERIC SMITH,

    Plaintiff,

v.                                                    Civ. No. 16-526 GJF/SCY

CORPORAL BENJAMIN IRVING, et al.,

    Defendants.

## ORDER GRANTING STIPULATION
## TO DISMISS DEFENDANT CORPORAL BENJAMIN IRVING

THIS MATTER comes before the Court upon the parties' "Stipulation to Dismiss Defendant Corporal Benjamin Irving" ("Stipulation"). ECF No. 33. The Court, having reviewed the stipulation and noting the concurrence of the parties, finds the Stipulation to be well-taken.

**IT IS THEREFORE ORDERED**, pursuant to Federal Rule of Civil Procedure 41(a)(2), that the above-captioned cause against Defendant Corporal Benjamin Irvin is **DISMISSED WITH PREJUDICE**. The parties shall bear their own court costs and attorneys' fees.

**IT IS SO ORDERED.**

_____
THE HONORABLE GREGORY J. FOURATT
UNITED STATES MAGISTRATE JUDGE
*Presiding by Consent*